# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0009 |
| ) | |
| **JOHN MICHAEL BURGOS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept John Michael Burgos' ("Burgos") plea of guilty (ECF No. 42) to Count One of the Indictment. After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Burgos entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will accept the Report and Recommendation and find Burgos guilty as to Count One of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 42) is **ACCEPTED;** it is further

**ORDERED** that Defendant John Michael Burgos' plea of guilty as to Count One of the Indictment is **ACCEPTED,** and that Defendant Burgos is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; and it is further

**ORDERED** that a sentencing hearing shall be held on **Thursday, January 21, 2021, at 9:00 A.M. in Courtroom No. 1**.

**Date:** September 28, 2020           */s/ Robert A. Molloy*
                                                            **ROBERT A. MOLLOY**
                                                            **District Judge**